I concur in the opinion for the court authored by Justice Maddox. It is consistent with Grantham v. Denke, 359 So.2d 785
(Ala. 1978), which held that co-employee immunity "would deprive [an injured employee] of rights and remedies he enjoyed under the common law which are preserved under § 13 of our constitution." Id. at 787 [Emphasis supplied.] Grantham also stated that the 1947 amendment to the workmen's compensation legislation "was merely declaratory of the common law rights of the injured employee as they existed before its enactment and as preserved by § 13 of our constitution." Id. at 788 [Emphasis supplied.] Because wrongful death actions are purely statutory, the reasoning of Grantham does not apply to the instant cases. I agree with Justice Maddox that what the legislature has given, it may take away so long as the right has not vested.
I also agree with Justice Shores who notes that an anomalous situation now exists — "A co-employee can be sued for personal injury, but not for wrongful death." But, anomalies do not dictate results.
ALMON, J., concurs.